UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MATTHEW DORY, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 6:22-cv-01496-WWB-DCI |
| UNITED AIRLINES, | ) |
| Defendant. | ) |

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Comes now the Plaintiff, by and through its undersigned Counsel and pursuant to Fed. R. Civ. P. 6 and Local Rule 3.01, M.D. Fla., hereby files this *Unopposed* Motion for Extension of Time for Plaintiff to respond to Defendant's Motion to Dismiss with Prejudice (Doc. 21), which response is due 28 December 2022. In support of its Motion, the undersigned Counsel states as follows:

1. Defendant filed its Motion to Dismiss with Prejudice on 06 December 2022. A response is due 28 December 2022.

2. Undersigned Counsel is traveling to New Jersey for the holidays and is the sole caretaker for his children during that time. Undersigned Counsel needs an extension of time in which to file Plaintiff's response.

1

3. This extension of time is being requested in good faith and is not for the purpose of delay.

4. Neither party will be prejudiced by the granting of an extension of time.

5. Defendant does not oppose the request for an extension of time.

For the above-stated reasons, the undersigned Counsel respectfully requests that the Court extend the due date for Plaintiff's response until 09 January 2023.

## LOCAL RULE 3.01(g) CERTIFICATE

On 26 December 2022, Counsel for Plaintiff conferred with Counsel for Defendant regarding this Motion. Defendant has no objection.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December 2022, I electronically filed the foregoing with the Clerk of Court by using CM/ECF which will serve those parties capable of electronic service, including Amanda Simpson, Esq., Counsel for Defendant, at amanda.simpson@jacksonlewis.com.

Dated: 27 December 2022                     Respectfully submitted,

/s/ Augustus Invictus_____
Augustus Invictus, Esq.
The Invictus Law Firm, P.A.
424 E. Central Blvd. #731
Orlando, Florida 32801
Phone: 407.900.2848
Email: InvictusPA@protonmail.com