# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MATTHEW DORY, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 6:22-cv-01496-WWB-DCI |
| UNITED AIRLINES, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

MATTHEW DORY, by and through his undersigned counsel, hereby files this Notice of Appeal to the Eleventh Circuit Court of Appeal the Order Granting Defendant's Motion to Dismiss entered by the United States District Court of 02 August 2023 (Dkt. 27).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF which will serve those parties capable of electronic service, including Amanda Simpson, Esq., Counsel for Defendant, at amanda.simpson@jacksonlewis.com.

SIGNATURE ON FOLLOWING PAGE

1

Dated: 05 September 2023        Respectfully submitted,

/s/ Augustus Invictus_____
Augustus Invictus
424 E. Central Blvd. #731
Orlando, Florida 32801
Phone: 407.900.2848
Email: InvictusPA@protonmail.com